# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTHONY EZELL,**     **PLAINTIFF**
**ADC #143958**

**VS.**     **4:18-CV-00396-BRW-JTK**

**WATSON,** *et al.*     **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney and Plaintiff's objections. After a review of those proposed findings and recommendations as well as the objections, I adopt the proposed findings in their entirety.

Accordingly, Defendant Pulaski County Detention Facility is DISMISSED.

IT IS SO ORDERED this 11th day of July, 2018.


                         /s/ Billy Roy Wilson _____
                         UNITED STATES DISTRICT JUDGE