IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY EZELL,                                                                            PLAINTIFF
ADC #143958

v.                             4:18CV00396-BRW-JTK

LON WATSON, et al.                                           DEFENDANTS

## ORDER

I have received proposed findings and recommendations (Doc. No. 74) from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 64) is GRANTED IN PART AND DENIED IN PART. It is GRANTED with respect to Plaintiff's claims against Defendants Allen, Brawley and Sylvester and his official capacity claim against Defendant Watson. The motion is DENIED with respect to Plaintiff's individual capacity excessive force claim against Defendant Watson.

IT IS SO ORDERED this 1st day of April, 2019.

                                                       <u>Billy Roy Wilson</u>
                                                       UNITED STATES DISTRICT JUDGE